AO 245D     Judgment in a Criminal Case for Revocations
(Rev. 12/19)     Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |
| IRA CHRISTOPHER JACKSON | Case No.   5:15-CR-00035-002 (MTT)<br>USM No.  93260-020 |
| | E. Addison Gantt |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐  admitted guilt to violation of condition(s) _____ of the term of supervision.

☒  was found in violation of condition(s) _____1, 2, 3, and 7_____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Leaving the judicial district without authorization | 09/28/2024 |
| 2 | Leaving the judicial district without authorization | 11/20/2024 |
| 3 | Leaving the judicial district without authorization | 02/19/2025 |
| 7 | Failed to refrain from possessing or having access to a firearm | 10/09/2025 |

The defendant is sentenced as provided in pages 2 through ___2___ .  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒  The defendant has not violated condition(s) _____4, 5, and 6_____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec.   9334

Defendant's Year of Birth:    1984

City and State of Defendant's Residence:

Milledgeville, Georgia

| |
|---|
| 4/15/2026 |
| Date of Imposition of Judgment |
| s/ Tilman E. Self, III |
| Signature of Judge |
| TILMAN E. SELF, III |
| U.S. DISTRICT JUDGE |
| Name and Title of Judge |
| April 22, 2026 |
| Date |

AO 245D    Judgment in a Criminal Case for Revocations
Rev. 12/19)    Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:    IRA CHRISTOPHER JACKSON
CASE NUMBER:    93260-020

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    Fourteen (14) months.

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL