# UNITED STATES DISTRICT COURT
## DISTRICT OF MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, | ) ) ) ) | |
| vs. | ) | No. 5:26-cr-00026-MTT-CHW |
| | ) ) | |
| IRA CHRISTOPHER JACKSON, *Defendant*. | ) ) | |

## ORDER AUTHORIZING DISCLOSURE OF U.S. PROBATION OFFICE RECORDS

Pursuant to L.R. 32.2, the U.S. Probation Office and the United States are authorized to disclose to Attorney Howard W. Anderson III the Defendant's final Presentence Investigation Report, with addenda, previously prepared in *United States v. Jackson*, 5:15-cr-00035, together with the violation report prepared in connection with the previous revocation of supervised release.

So ordered this 22 day of _____ , 2026.

Charles H. Weigle
U.S. Magistrate Judge
Middle District of Georgia

1